IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
BEAUFORT DIVISION

Billie Joe Canas, )
)
    Plaintiff, )
)
vs. )
) C/A No.    9:02-4258-23
Town of Ridgeland Police Department, )
Rick Zareva, individually and his capacity )
as Chief of Police of the Town of )
Ridgeland and Chris Malphrus, )
)
    Defendants. )
)

FILED
FEB 2 4 2003
LARRY W. PR...
CHARLE...

FILED
MAR 2 0 2003
LARRY W. PROPES, CLERK
CHARLESTON, SC

GRANTED without opposition.
Responses due within 10 days.

_____
Patrick Michael Duffy / Date
United States District Judge

## NOTICE OF MOTION AND MOTION TO COMPEL INTERROGATORIES AND REQUESTS FOR PRODUCTION

To:    Anthony Dore, Attorney for Plaintiff.

PLEASE TAKE NOTICE that pursuant to rule 37(a) of the South Carolina Rules of Civil Procedure the Defendants through their undersigned attorney will move and does move before the Presiding Judge of the Fourteenth Judicial Circuit on a day and at a time and place to be set by said Judge not earlier than ten (10) days after the service of this notice for an order requiring the plaintiff to provide answers to Interrogatories and Requests for Production pursuant to Rule 33(a) of the South Carolina Rules of Civil Procedure propounded by the Defendants, Town of Ridgeland Police Department, et al on December 20, 2002.